THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Wayne Hemingway, Appellant.
 
 
 

Appeal From Williamsburg County
  Thomas W. Cooper, Jr., Circuit Court 
 Judge

Unpublished Opinion No. 2004-UP-093
 Submitted December 23, 2003  Filed 
 February 13, 2004

APPEAL DISMISSED

 
 
 
 Assistant Appellate Defender Tara S. Taggart, Office of Appellate 
 Defense, of Columbia, for Appellant,
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, 
 all of Columbia;  and Solicitor Cecil Kelley Jackson, of Sumter, for Respondent.
 
 
 

PER CURIAM:  Hemingway was convicted of 
 armed robbery and possession of a weapon during the commission of a crime, and 
 he was sentenced.  On appeal, Hemingway argues that the trial court erred in 
 denying  his motion for directed verdict.  Hemingways appellate counsel has 
 petitioned to be relieved as counsel, stating that she has reviewed the record 
 and has concluded Hemingways appeal is without merit.  Hemingway has not filed 
 a pro se brief.  
After a thorough review of the record pursuant 
 to Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 
 305 S.C. 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable 
 issues that are arguable on their merits.  Accordingly, we dismiss Hemingways 
 appeal and grant counsels petition to be relieved. [1]     
APPEAL DISMISSED.
GOOLSBY, HOWARD, and KITTREDGE, J.J., concur.  
  

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.